668 A.2d 55

IN THE MATTER OF EDWARD A. REILLY,
III, AN ATTORNEY AT LAW.

December 4, 1995.

## ORDER

The Disciplinary Review Board having on October 4, 1995, filed with the Court its decision concluding that **EDWARD A. REILLY, III,** of **WANAMASSA,** who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **EDWARD A. REILLY, III,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.